# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Kevin T. Lemieux,

vs

Winn Law Group,

SUMMONS IN A CIVIL ACTION

Case No.

**'08 CV 0827 BEN CAB**

FILED
2008 MAY -7 PM 12:56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMSHELLY

By _____, Deputy Clerk

MAY 07 2008

DATE

Summons in a Civil Action

Page 1 of 2

··ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)