Robert L. Hyde
State Bar No.: 227183
Joshua B. Swigart
State Bar No.: 225557
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 330-4657

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT,
## SOUTHERN DISTRICT OF CALIFORNIA

| KEVIN T. LEMIEUX, Plaintiff, v. WINN LAW GROUP, Defendant. | Case No.: 08 CV 0827 BEN CAB<br><br>**PROOF OF SERVICE** |
|---|---|

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kevin T. Lemieux,

vs

Winn Law Group,

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0827 BEN CAB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

K. ERLY

MAY 07 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

JOSHUA B. SWIGART, ESQ.(SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770          Ref. No.        : 1104272-01
Attorney for : PLAINTIFF    Atty. File No. : 08CV0827BENCAB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : KEVIN T. LEMIEUX            Case No.: 08 CV 0827 BEN CAB
DEFENDANT    : WINN LAW GROUP              **PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    : WINN LAW GROUP
                        AUTHORIZED AGENT FOR SERVICE: BRIAN N. WINN
   b. Person served  : KIM "DOE" FRONT DESK/PERSON IN CHARGE
                        (A/F/5'5"/120LBS/25-30YRS/BLK/BRN)

4. Address where the party was served  110 E WILSHIRE AVE.   SUITE 212
                                        FULLERTON, CA  92832   (Business)

5. I served the party
   b. **by substituted service.** On May 14, 2008 at 11:30 AM I left the documents listed in item 2
      with or in the presence of  KIM "DOE" FRONT DESK/PERSON IN CHARGE,
                                   A/F/5'5"/120LBS/25-30YRS/BLK/BRN
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:     WINN LAW GROUP
                        AUTHORIZED AGENT FOR SERVICE: BRIAN N. WINN
      under [xx] CCP 415.95 (business org., form unknown)

7. **Person who served papers**
   a. SONDER SINGH                              d. Fee for service: $87.50
   b. KNOX ATTORNEY SERVICE, INC.               e. I am:
      2250 Fourth Avenue                            (3) a registered California process server
      San Diego, California 92101                       (i) an independent contractor
   c. 619-233-9700                                      (ii) Registration No.: 152
                                                        (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 16, 2008                          Signature: _____
                                                         SONDER SINGH

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)       **PROOF OF SERVICE**

JOSHUA B. SWIGART, ESQ.(SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO  CA  92108
619-233-7770        Ref. No.       : 1104272-01
Attorney for : PLAINTIFF     Atty. File No.  : 08CV0827BENCAB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KEVIN T. LEMIEUX | Case No.: 08 CV 0827 BEN CAB |
| DEFENDANT | : WINN LAW GROUP | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 05/13/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served     WINN LAW GROUP
                 AUTHORIZED AGENT FOR SERVICE: BRIAN N. WINN

Business    :    110 E WILSHIRE AVE. SUITE 212, FULLERTON  CA  92832

Attempts to effect service are as follows:

05/14/08 11:30A   Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 16, 2008                                    Signature: _____
                                                                    SONDEP SINGH

Jud. Coun. form, rule 2.150 CRC

**DECLARATION RE DILIGENCE**

JOSHUA B. SWIGART, ESQ.(SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770        Ref. No.       : 1104272-01
Attorney for : PLAINTIFF    Atty. File No.   : 08CV0827BENCAB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : KEVIN T. LEMIEUX | Case No.: 08 CV 0827 BEN CAB |
| DEFENDANT | : WINN LAW GROUP | **DECLARATION OF MAILING** |

RE:    WINN LAW GROUP
        AUTHORIZED AGENT FOR SERVICE: BRIAN N. WINN

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On May 15, 2008 I served the within documents:

      SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

      WINN LAW GROUP
      AUTHORIZED AGENT FOR SERVICE: BRIAN N. WINN
      110 E. WILSHIRE AVENUE, SUITE 212
      FULLERTON, CA 92832

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2008 at SAN DIEGO, California.

Signature: _____
KIMBERLY FOWLER

**DECLARATION OF MAILING**